UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ANGEL LUIS RODRIGUEZ
Petitioner,

V.

UNITED STATES OF AMERICA

Civil Action No. 25-1565(GC)

RECEIVED
MAR 28 2025
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - D.J

## Motion To Re-Open Case

Petitioner Angel Rodriguez comes PRO-SE, proceeding with a petition for writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

Petitioner is a Federal prisoner currently incarcerated at Fort Dix MDL New Jersey. Petitioner seek to get an incident report expunged from his records, Petitioner send a motion to Court back in February 2025, but was ordered by the Court to fill out 2241 form - AO 242 and to pay a Five-dollar Filing Fee; Petitioner his complied; and Request to Re-open Case.

/s/ Angel
# 73614050
P.O. Box 2000
Joint Base MDL, NJ 08640

Date: 03-26-25

A. Rodriguez #73614050
PO Box 2000
Joint Base MDL, NJ 08640

TRENTON NJ 085
27 MAR 2025 PM 3 L

RECEIVED
MAR 28 2025
AT 8:30_____M

Office of District Court
402 E. STATE ST Rm 2020
Trenton, NJ 08608

08608-150020