**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGEL LUIS RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Civil Action No. 25-1565 (GC)<br><br>**MEMORANDUM & ORDER** |

**CASTNER, District Judge**

    Petitioner is a federal prisoner currently incarcerated at FCI Fort Dix, Joint Base MDL, New Jersey. He is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1 ("Petition").) On March 18, 2025, the Court entered a memorandum and order directing the Clerk of the Court to administratively terminate this case, without filing the Petition, and stating that, if Petitioner wishes to reopen this case, he shall so notify this Court in writing within 30 days of the date of entry of the March 18, 2025 Memorandum and Order and submit a complete, signed habeas petition on the appropriate form *and* either a complete application to proceed *in forma pauperis* or the five-dollar filing fee. (ECF No. 2 at 1-2.)

    A complete, signed habeas petition on the appropriate form was received on March 28, 2025. (ECF No. 4 ("Amended Petition").) The five-dollar filing fee was received on April 3, 2025.

    On April 4, 2025, the Court reopened this case. (ECF No. 5.)

In accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to Section 2241 cases through Rule 1(b) of the Rules Governing Section 2254 Cases, this Court has screened the Amended Petition for dismissal and determined that dismissal without an answer and the record is not warranted.

IT IS, therefore, on this 15th day of April, 2025, **ORDERED** as follows:

**ORDERED** that the Clerk of the Court shall serve a copy of the Amended Petition (ECF No. 4), the original Petition (ECF No. 1), the Exhibits to the original Petition (ECF No. 1-2), and this Memorandum and Order on Respondent by regular U.S. mail, with all costs of service advanced by the United States; and it is further

**ORDERED** that the Clerk of the Court shall forward a copy of the Amended Petition (ECF No. 4), the original Petition (ECF No. 1), the Exhibits to the original Petition (ECF No. 1-2), and this Memorandum and Order to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that within forty-five (45) days of the date of the entry of this Memorandum and Order, Respondent shall file and serve a response which responds to the allegations and grounds in the Amended Petition and which includes all affirmative defenses Respondent seeks to invoke; and it is further

**ORDERED** that Respondent shall file and serve with the response certified copies of all documents necessary to resolve Petitioner's claims and affirmative defenses; and it is further

**ORDERED** that within forty-five (45) days of receipt of the response, Petitioner may file a reply to the response; and it is further

**ORDERED** that within seven (7) days of Petitioner's release, Respondent shall electronically file a written notice of the same with the Clerk of the Court; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Memorandum and Order on Petitioner by regular U.S. mail.

*[signature]*

GEORGETTE CASTNER
United States District Judge

3